## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDA L. ERDMAN,** | : CIVIL ACTION NO. 1:05-CV-0944 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **NATIONWIDE INSURANCE COMPANY,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 12th day of September, 2006, upon consideration of the pretrial and trial schedule in the above-captioned case and the numerous pending dispositive motions (Docs. 16, 42, 58, 76), and it appearing that resolution of the pending dispositive motions constitutes "good cause" for a continuance of this schedule, see FED. R. CIV. P. 16(b), it is hereby ORDERED that:

1. The pretrial and trial schedule in the above-captioned matter is STAYED pending disposition of the pending dispositive motions.

2. If necessary, a revised pretrial and trial schedule will issue by future order of court.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge